1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYLIFE.COM, INC., a Delaware Corporation,<br><br>and<br><br>JEFFREY TINSLEY, individually and as an officer of MYLIFE.COM, INC.,<br><br>Defendants. | CASE NO.  20-cv-6692-JFW(PDx)<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS FOR EQUITABLE MONETARY RELIEF UNDER SECTION 13(b) OF THE FEDERAL TRADE COMMISSION ACT WITHOUT PREJUDICE**<br><br>Complaint Filed:  July 27, 2020 |

The Court, having reviewed the Joint Stipulation to Dismiss Without Prejudice Plaintiff's Claims for Equitable Monetary Relief Under Section 13(b) of the Federal Trade Commission Act filed by Plaintiff United States of America ("Plaintiff") and Defendants MyLife.com and Jeffrey Tinsley ("Defendants"), and good cause appearing therefore, hereby ORDERS that Plaintiff's claims for equitable monetary relief under Section 13(b) are hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated:  August 5, 2021

THE HONORABLE JOHN F. WALTER
United States District Court Judge

DLA PIPER LLP (US)