| | |
|---|---|
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>ARUN G. RAO<br>Deputy Assistant Attorney General<br>GUSTAV W. EYLER<br>Director, Consumer Protection Branch<br>LISA K. HSIAO, Assistant Director<br>PATRICK R. RUNKLE<br>CLAUDE F. SCOTT<br>Senior Litigation Counsel<br>ZACHARY A. DIETERT<br>RACHEL E. BARON<br>ZACHARY L. COWAN<br>Trial Attorneys<br><br>Consumer Protection Branch<br>U.S. Department of Justice<br>450 5th Street, NW, Suite 6400-South<br>Washington, D.C. 20530<br>Tel: (202) 616-9027<br>Fax: (202) 514-8742<br>Email: zachary.a.dietert@usdoj.gov<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | JEFFREY E. TSAI<br>TAMANY J. VINSON BENTZ<br>ANDREW B. SERWIN<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067-4704<br>Tel: (310) 595-3000<br>Fax: (310) 595-3300<br>Email: jeff.tsai@dlapiper.com<br><br>Attorneys for Defendant<br>MYLIFE.COM, INC.<br><br>RICHARD J. FREY<br>EDWARD J. LOYA, JR.<br>EPSTEIN BECKER & GREEN, P.C.<br>1925 Century Park East, Suite 500<br>Los Angeles, California 90067<br>Tel: (310) 556-8861<br>Fax: (310) 553-2165<br>Email: rfrey@ebglaw.com<br><br>Attorneys for Defendant<br>JEFFREY TINSLEY |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MYLIFE.COM, INC., a corporation,<br><br>    and<br><br>JEFFREY TINSLEY, individually and as an officer of MYLIFE.COM, INC.,<br><br>    Defendants. | Case No. 2:20-cv-6692-JFW (PDx)<br><br>**STIPULATION OF PARTIES TO ORDER FOR PERMANENT INJUNCTION AND EQUITABLE MONETARY RELIEF** |

1

1    Plaintiff United States of America ("United States"), Defendant MyLife.com,
2  Inc. ("MyLife"), and Defendant Mr. Jeffrey Tinsley ("Tinsley") have reached a
3  settlement in this matter and hereby request that this Court enter the attached Stipulated
4  Order for Permanent Injunction and Equitable Monetary Relief.  Each of the parties to
5  this action has agreed to entry of the attached proposed order.

                              Respectfully submitted,

Dated: December 9, 2021        FOR PLAINTIFF THE UNITED STATES
                                        OF AMERICA

/s/ Zachary A. Dietert
ZACHARY A. DIETERT
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W. Ste. 6400-South
Washington, D.C. 20530
Tel.:  (202) 616-9027
Fax:  (202) 514-8742
Email:  Zachary.A.Dietert@usdoj.gov


FOR DEFENDANT MYLIFE.COM, INC.

/s/ Jeffrey E. Tsai
JEFFREY E. TSAI
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300
Email: jeff.tsai@dlapiper.com

FOR DEFENDANT JEFFREY TINSLEY

/s/ Richard J. Frey
RICHARD J. FREY
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Tel.:  (310) 556-8861
Fax:  (310) 553-2165
Email:  rfrey@ebglaw.com

**FILER ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Zachary A. Dietert
Zachary A. Dietert