BRETT A. SHUMATE, Assistant Attorney General
SARMAD M. KHOJASTEH, Deputy Assistant Attorney General
LISA K. HSIAO, Acting Director, Enforcement & Affirmative Litigation Branch
ZACHARY A. DIETERT, Assistant Director
DANIEL J. PETROKAS
    Trial Attorney
    U.S. Department of Justice
    Civil Division
    Enforcement & Affirmative Litigation Branch
    450 5th Street, NW, Suite 6400-South
    Washington, D.C. 20530
    Telephone: (202) 742-7090
    E-mail: Daniel.J.Petrokas@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MYLIFE.COM, INC., a corporation, and JEFFREY TINSLEY, individually and as an officer of MYLIFE.COM, INC.<br><br>        Defendants. | Case No. 2:20-cv-6692-JFW (PDx)<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION TO APPOINT A RECEIVER**<br><br>Hearing Date: August 24, 2026<br>Time:          1:30 PM<br>Judge:        Hon. John F. Walter |

**NOTICE**

PLEASE TAKE NOTICE THAT the United States will bring a motion to appoint a receiver to arrange for the sale of the real property located at 85 Crestview Ave, Camarillo, CA 93010, (the "Collateral") before the Honorable John F. Walter, United States District Judge, on August 24, 2026, in the federal courthouse at United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 7A.

## MOTION

The United States will move this Court to appoint a receiver to arrange for the sale of the Collateral. A memorandum, declaration of Daniel J. Petrokas, and Declaration of Jake Diiorio in support of this motion, as well as a proposed order containing all the terms of the proposed appointment, are submitted with this motion.

The Government has conferred with Defendant Jeffrey Tinsley, who is not represented in this action, about the substance of this motion. Defendant stated that he opposes the relief requested herein.

Dated:  July 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division
SARMAD KHOJASTEH
Deputy Assistant Attorney General
LISA K. HSIAO
Acting Director, Enforcement &
Affirmative Litigation Branch
ZACHARY A. DIETERT
Assistant Director

/s/  *Daniel J. Petrokas*
DANIEL J. PETROKAS
Trial Attorney
　　　Enforcement &
　　　Affirmative Litigation Branch
　　　Civil Division
　　　U.S. Department of Justice
　　　450 5th Street, NW, Suite 6400-South
　　　Washington, D.C. 20530
　　　T: (202) 742-7090
　　　E: Daniel.J.Petrokas@usdoj.gov

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5 and L.R. 5-3, I hereby certify that on July 17, 2026, I caused a copy of the United States' Motion to Appoint a Receiver and accompanying documents to be served via the Court's ECF system on all parties represented by counsel in this action. I additionally caused copies to be served via email to Defendant Jeffrey Tinsley who has consented to service via email.

DATE: July 17, 2026          Respectfully submitted,


/s/ *Daniel J. Petrokas*
DANIEL J. PETROKAS

*Attorney for Plaintiff United States of America*