BRETT A. SHUMATE,
Assistant Attorney General
SARMAD M. KHOJASTEH, Deputy Assistant Attorney General
LISA K. HSIAO, Acting Director, Enforcement &
Affirmative Litigation Branch
ZACHARY A. DIETERT, Assistant Director
DANIEL J. PETROKAS
    Trial Attorney
    U.S. Department of Justice
    Civil Division
    Enforcement & Affirmative Litigation Branch
    450 5th Street, NW, Suite 6400-South
    Washington, D.C. 20530
    Telephone: (202) 742-7090
    E-mail: Daniel.J.Petrokas@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MYLIFE.COM, INC., a corporation, and JEFFREY TINSLEY, individually and as an officer of MYLIFE.COM, INC.<br><br>            Defendants. | Case No. 2:20-cv-6692-JFW (PDx)<br><br>**DECLARATION OF DANIEL J. PETROKAS IN SUPPORT OF UNITED STATES' MOTION TO APPOINT A RECEIVER**<br><br>Hearing Date: August 24, 2026<br>Time:          1:30 PM<br>Judge:        Hon. John F. Walter |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am an attorney in the Enforcement & Affirmative Litigation Branch of the United States Department of Justice. I represent Plaintiff the United States of America in the above-captioned case. I make this declaration in support of Plaintiff's Motion to Appoint a Receiver.

2.     The Court's December 15, 2021 Stipulated Order for Permanent Injunction and Equitable Monetary Relief (the "Stipulated Order") sets forth a schedule by which Defendant Jeffrey Tinsley was required to make payments to the United States in order to satisfy the $5,000,000 monetary judgment that order entered against him. ECF No. 204 at 14.

3.     Between December 15, 2021 and September 30, 2024, Mr. Tinsley made one payment of $300,000 and 11 payments of $293,750, as required by the Stipulated Order.

4.     On December 31, 2024, Mr. Tinsley failed to make a full payment of $293,750 as required by the Stipulated Order but instead paid only $25,000. At that time, the remaining outstanding balance of Mr. Tinsley's judgment owed to the United States was $1,443,750.00.

5.     Mr. Tinsley has not made any payments toward the judgment against him since December 31, 2024. He failed to make any payment at all on or by the Stipulated Order's subsequent payment deadlines of March 31, 2025, June 30, 2025, September 30, 2025, and December 31, 2025.

6.     Had Mr. Tinsley made all his scheduled payments, the judgment against him would have been fully paid by now.

7.     The unpaid balance of the judgment against Mr. Tinsley began accruing interest on December 31, 2024, computed at the rate prescribed under 28 U.S.C. § 1961, as amended. ECF 204 at 17, § VI.E.1. I am informed by staff of the U.S. Department of Justice Civil Division's Office of Planning, Budget, and Evaluation that the statutorily prescribed interest rate on December 31, 2024 was 4.17%, and that including interest, Mr. Tinsley currently owes $1,536,613.19. This figure includes $92,863.19 in interest, in addition to Mr. Tinsley's outstanding principal balance of $1,443,750.00.

8.     I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 17, 2026

/s/ *Daniel J. Petrokas*___
DANIEL J. PETROKAS