BRETT A. SHUMATE, Assistant Attorney General
SARMAD M. KHOJASTEH , Deputy Assistant Attorney General
LISA K. HSIAO, Acting Director, Enforcement & Affirmative Litigation Branch
ZACHARY A. DIETERT, Assistant Director
DANIEL J. PETROKAS
    Trial Attorney
    U.S. Department of Justice
    Civil Division
    Enforcement & Affirmative Litigation Branch
    450 5th Street, NW, Suite 6400-South
    Washington, D.C. 20530
    Telephone: (202) 742-7090
    E-mail: Daniel.J.Petrokas@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>MYLIFE.COM, INC., a corporation, and JEFFREY TINSLEY, individually and as an officer of MYLIFE.COM, INC.<br><br>      Defendants. | Case No. 2:20-cv-6692-JFW (PDx)<br><br>**DECLARATION OF JAKE DIIORIO** |

I, Jake Diiorio, under penalty of perjury of the laws of the State of California, declare as follows:

1. I make this declaration in support of the Plaintiff's motion to appoint a receiver. I have personal knowledge of the facts set forth in this declaration. If called upon to testify in Court to the truth of the facts set forth in this declaration, I could and would competently do so.

2. I am a Senior Managing Director of J.S. Held LLC (formerly Stapleton Group), which specializes in fiduciary services, including both state and federal receiverships, assignments for the benefit of creditors, and bankruptcy trustee and plan administrator roles. In addition, J.S. Held specializes in out-of-court restructuring by acting as chief restructuring officers or financial advisors of distressed companies.

3. I have been a member of Stapleton Group for over 13 years. During this time, I have acted as a court-appointed receiver, lead engagement manager for receiverships and assignee for the benefit of creditors in many cases. When acting as a fiduciary, I have designed and implemented strategies to repair fractured relationships between stakeholders. I also work closely with management to assess financial and operational viability of the company in order to design the optimal path to recovery, and to design and carry out strategies related to the sale of assets in an effort to maximize recoveries for creditors and victims of fraud.

4. My team and I have substantial experience in matters involving complex accounting, financial analysis, and cash flow management. We have reconstructed books and records; reviewed income and expense detail, cash available for historical distributions, and intercompany or shareholder loans; and performed reconciliations of equity accounts among partners to determine appropriate equalizing distributions to align with Limited Partnership Agreements or other governing documents. Many of the assignments my team and I complete involve financial mismanagement and partnership disputes.

5. I also have extensive experience managing the financial affairs of businesses, taking inventories, conducting audits, and investigating, summarizing and analyzing the financial records of businesses. I have experience in the operation, maintenance, and liquidation of a variety of asset types and evaluation of borrowing base calculations and collateral-reporting related to same.

6. I recently served as the lead engagement manager for the Receiver in a California civil enforcement action brought by the Department of Justice for the State of California (The People of the State of California v. Dadyan) involving multiple real property assets. My team and I marshaled and administered receivership assets, including the disposition of real property through court-approved sale processes and the management of estate operations throughout the receivership. We administered estate funds, coordinated with counsel and stakeholders, and oversaw the wind-down of the receivership estate. Following Court approval of all Receiver activities, we transferred approximately $615,000 in remaining estate funds to the California Office of the Attorney General.

7. I also served as the lead engagement manager for the Receiver in a California criminal enforcement action brought by the Department of Justice for the State of California (The People of the State of California v. Mack) involving asset recovery, sale of residential property and restitution. My team and I administered the estate, managed estate funds and claims administration, and coordinated all activities necessary for the orderly wind-down of the receivership. We oversaw the distribution of approximately $293,000 in remaining estate funds for victim restitution.

8. I managed a federal equity receivership in California brought by the Department of Financial Protection and Innovation (DFPI) and Federal Trade Commission wherein the Defendant entities were charged with perpetrating a deceptive mortgage relief operation which caused financial harm to consumer victims. My team and I completed an investigation to identify and secure all cash and real property assets; sold real property through a court-approved process; performed

forensic accounting analysis and cash tracing exercise, which identified a significant volume of cash deposits and withdrawals intended to divert consumer funds and conceal cash. We identified fraudulent transfer targets and effectuated settlements with recipients of improper transfers. My team and I shut down all websites / robo-dialing services and other outlets / platforms designed to further the scheme and solicit new victims. Secured recoveries and turned over funds to FTC and DFPI for restitution to victims

9.    I led a receivership brought by the Securities and Exchange Commission ("SEC") that involved an EB-5 visa scam. My team and I identified and took control of approximately 45 properties, led all repair and maintenance, capital improvements, permitting, and leasing. We orchestrated a sale process, including approval for joint sale motions and led investor communications. We traced funds invested in acquisitions and compromised development projects, administered claims process for over 2,000 investors and completed distributions to creditors.

10.    I am currently the lead manager of another receivership filed by the SEC against an insolvent, full-service real estate development operation in the San Francisco Bay Area with $300MM in liabilities and 12 ongoing projects consisting of small- and large-podium ground-up developments for apartments, condominiums, and mixed-use projects in various stages of the entitlement, land-acquisition, and development process. My team and I marshaled assets, performed a reconstruction of the capital stack of each project to determine net negative or positive equity, and completed underwriting for pending projects to determine the best exit strategy for each. We worked with the lenders of two in-process, mid-construction projects to negotiate plans for completion and sale that provide fair payouts for the receivership estate. We listed several projects for sale with pending aggregate offers exceeding $120MM. We closed the sale of a townhome owned by a receivership entity which was in escrow when the Receivership Order was entered. We performed an initial accounting of sources and uses of funds. We continue to lead a detailed investor

communication and outreach effort to keep affected investors and other creditors apprised of developments and the Receiver's plans to maximize the value of the receivership estate.

11. Our office served as Receiver in another SEC matter with over $18MM in real estate and oil well investment funds, wherein the SEC alleged a real property-based investment and dilution scheme. My team and I led asset recovery efforts, unraveled fractionalized property titles, sold assets, performed an accounting of investor funds, and managed litigation.

12. Our office is currently serving as Receiver for an international sneaker reseller located in Eugene, Oregon, that defrauded customers. The company had pre-sold sneakers and collected payment in advance but failed to deliver the products. We cooperated with AUSA (Department of Justice), FBI and HIS regarding their investigations. We led forensic accounting, worked with creditors to address charge-back claims, secured and inventoried over 60,000 pairs of sneakers, developed and implemented a strategic plan to liquidate inventory through various outlets to maximize creditors' recovery.

13. I am the lead in a matter in which we are the successor receiver/qualified settlement fund trustee in another SEC matter after nearly a decade of recovery efforts resulting from a $300M+ Ponzi scheme. We have successfully navigated complex asset liquidations, including prior settlement agreements and equity interests in a winery. My team and I managed the wind-down of corporations, tax strategies, staff, administration and sale of remnant assets, servicing loan portfolios, and ultimate distributions, maximizing recoveries for creditors and victims.

14. I began my career as a senior auditor at Ernst & Young LLP where I developed audit strategies for Hedge Fund and Fund of Fund clients, including Fortress Investments Group LLC (NYSE: FIG) and Arden Asset Management LLC. I prepared quarterly and year-end financial statements, and performed extensive review of financial statements, reviewed department processes and led team and

engagement deliverables. I have extensive expertise in administering and managing the financial affairs of businesses, taking inventories, conducting audits, and investigating, summarizing and analyzing the financial records of businesses. I also have extensive experience in restructuring and work outs.

15.  I earned a Bachelor of Science degree from Syracuse University. I actively participate in the California Bankruptcy Forum and the California Receiver's Forum. A true and correct copy of my resume is attached hereto as **Exhibit A**.

16.  I have agreed to serve as a receiver in this matter. To serve as Receiver in this matter, I charge $595 per hour. To assist me in my duties as Receiver, I intend to engage the services of other professionals at J.S. Held whose hourly rates range between $195 and $625 per hour. A copy of J.S. Held's rate sheet is attached hereto as **Exhibit B**.

17.  I am not a party, or person interested in this action, or related to any judge or commissioner of the Court, and thus can be appointed as the receiver in this matter without written consent from the parties.

Executed this day of July 17, 2026, under penalty of perjury in San Diego, California.

_____
Jake Diiorio